RECEIVED
JAN 23 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

ERNEST BILLIZONE SR. AND
THE INMATES OF WINN CORRECTIONAL
CENTER, ET AL

CLASS
CIVIL ACTION

DOCKET _____
SECTION _____
JUDGE _____
MAGISTRATE _____

VERSUS

LASALLE CORRECTIONS; WINN CORR.
CENTER; WARDEN KEITH DEVILLE; MAJ.
COLEMAN; CAPT. TOLLER; CAPT. CURRY;
LT. CORLEY; SGT. JOHNSON; CAPT. HOWARD;
MAJ. JORDAN; PATRICK CRABTREE; DETECTIVE WILEY;
JAMES M. LEBLANC,

FILED: _____
S/: _____
      CLERK

JURY TRIAL REQUESTED

## 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT REQUESTING CLASS CERTIFICATION

COMES NOW INTO COURT, ERNEST BILLIZONE SR., IN PROPER PERSON, ALONG WITH THE ATTACHED NAMED INMATES WHOM ARE ALL PLAINTIFFS IN THIS FOREGOING CIVIL RIGHTS COMPLAINT, ALLEGING VIOLATIONS TO THEIR CONSTITUTIONAL RIGHTS AND THE LAWS OF THIS STATE AND THE UNITED STATES OF AMERICA, FROM MURDER, ASSAULT, RECKLESS ENDANGERMENT, CRUEL AND UNUSUAL PUNISHMENT, VERBAL ABUSE, DELIBERATE INDIFFERENCE, SUPERVISORY LIABILITY, MENTAL ANGUISH, PAIN AND SUFFERING, LACK OF SECURITY, FAILURE TO PROPERLY TRAIN OR SUPERVISE THEIR EMPLOYEES, FAILURE TO PROTECT, DEVIATION FROM PROPER DEPARTMENTAL PROCEDURE AND PROTOCOL, SUBSTANDARD MEDICAL AND LIVING CONDITIONS, THEFT BY FRAUD, AND THEFT OF JP4 CORDS FROM INMATES, INSURING AND FILING FALSE RECORDS, OBSTRUCTION OF JUSTICE, ABUSE AND EXCESSIVE FORCE, VIOLATION TO HUMAN RIGHTS.

PAGE 1.

## 2.
## STATEMENT OF FACTS

Plaintiff Ernest Billizone Sr., arrived at Winn Correctional Center for the second (2nd) time while incarcerated on this sentence on December 19, 2016 when he was transferred from Allen Correctional Center.

On Christmas Eve December 24, 2016 at about 5:15 p.m. he and several other inmates were exiting the dining hall and witnessed 4 officers brutally beating an inmate in front of the command post.

That brought back flashbacks of the first (1st) time one (1) year ago when an officer of LaSalle Corrections named Capt. Howard, whom broke 3 different inmates jaw before Winn Correctional Center even thought about firing him.

No dietician licensed to run the kitchen, no doctor on regular duty at this facility, security officers passing out medication to inmates without any type of medical certification, inmates killed by correctional officers while under their care, indigent prisoners denied equal right to purchase aspirin from canteen.

## 3.
## JURISDICTION

This action arises under the laws of the United States and the jurisdiction is conferred within the court pursuant to 42 U.S.C. § 1983; 28 U.S.C. § 1331 (Federal Question); 28 U.S.C. § 1343 (Civil Rights). Supplemental jurisdiction of this court over claims arising under state law is invoked pursuant to 28 U.S.C. § 1367 (Supplemental Jurisdiction).

Venue in the Western District of Louisiana is proper pursuant to 28 U.S.C. § 1391(b), because it is the district in which many of the named defendants reside, and because a substantial part of the events or omissions giving rise to the claims occurred within the Western District of Louisiana.

4.
## PARTIES TO LAWSUIT

**PLAINTIFFS:**

    ERNEST BILLIZONE SR. #318027
    WINN CORRECTIONAL CENTER
    ASH A-2 #44
    P.O. BOX 1435
    WINNFIELD, LA. 71483

    SEE: ATTACHED LIST OF ADDITIONAL PLAINTIFFS SIMILARLY SITUATED AND DIRECTLY AFFECTED. ALL ATTACHED NAMES HAVE THE SAME MAILING ADDRESS:

    JOHN DOE   #000000
    WINN CORRECTIONAL CENTER
    P.O. BOX 1435
    WINNFIELD, LA. 71483

**DEFENDANTS:**

    KEITH DEVILLE, IS EMPLOYED AT WINN CORRECTIONAL CENTER AS HEAD WARDEN, P.O. BOX 1435, 560 GUM SPRINGS HWY., WINNFIELD, LA. 71483

    GARY COLEMAN, IS EMPLOYED AT WINN CORRECTIONAL CENTER AS SHIFT MAJOR OF COMPOUND, 560 GUM SPRINGS HWY., P.O. BOX 1435, WINNFIELD, LA. 71483

    BOBBY TOLLER, IS EMPLOYED AT WINN CORRECTIONAL CENTER AS CAPTAIN OF COMPOUND, 560 GUM SPRINGS HWY., P.O. BOX 1435, WINNFIELD, LA. 71483

    KEVIN JORDAN, IS EMPLOYED AT WINN CORRECTIONAL CENTER AS COMPOUND MAJOR, 560 GUM SPRINGS HWY., P.O. BOX 1435, WINNFIELD, LA. 71483

JAMES M. LEBLANC, IS EMPLOYED AS SECRETARY OF THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, P.O. BOX 94304 CAPITAL STATION, BATON ROUGE, LA. 70804

_____CURRY_____, IS EMPLOYED AT WINN CORRECTIONAL CENTER AS CELLBLOCK CAPTAIN, 560 GUM SPRINGS HWY., P.O. BOX 1435, WINNFIELD, LA. 71483

__DANIEL  CORLEY__, IS EMPLOYED AT WINN CORRECTIONAL CENTER AS LIEUTENANT, 560 GUM SPRINGS HWY., P.O. BOX 1435, WINNFIELD, LA. 71483

_____JOHNSON_____, IS EMPLOYED AT WINN CORRECTIONAL CENTER AS SGT., 560 GUM SPRINGS HWY., P.O. BOX 1435, WINNFIELD, LA. 71483.

_____HOWARD_____, "WAS" EMPLOYED AT WINN CORRECTIONAL CENTER AS A CAPTAIN, 560 GUM SPRINGS HWY., P.O. BOX 1435, WINNFIELD, LA. 71483

LASALLE CORRECTIONS CORP., IS THE EMPLOYER OF ALL ABOVE NAMED CORRECTIONAL OFFICERS, CORPORATE OFFICE IS LOCATED AT

JOHN OR JANE DOE, IS EMPLOYED AT WINN CORRECTIONAL CENTER AS MEDICAL DIRECTOR, 560 GUM SPRINGS HWY., P.O. BOX 1435, WINNFIELD, LA. 71483

ALL THE ABOVE NAMED DEFENDANTS ARE BEING SUED IN THEIR OFFICIAL CAPACITY AS WELL AS THEIR INDIVIDUAL CAPACITY, AND AT ALL TIMES WERE KNOWINGLY AND INTELLIGENTLY ACTING UNDER THE COLOR OF LAW.

PLAINTIFFS REQUEST THAT ALL SUMMONS BE SERVED BY THE UNITED STATES MARSHALS

PAGE 4.

5.

## FACTUAL ALLEGATIONS
### VIOLATIONS OF WINN CORRECTIONAL CENTER EMPLOYEES

#### A.
##### UNDER COLOR OF STATE LAW

Plaintiffs contends that acting under color of law means acting in one's capacity as a state official or employee thereof. Plaintiffs further stipulate that in this instant case all named defendants were acting under color of law at the time of the incidents alleged herein this complaint.

#### B.
##### VIOLATIONS OF PLAINTIFFS EIGHTH AMENDMENT

In this case Major Gary Coleman, Capt. Bobby Toller, Lt. Corley, and Sgt. Johnson, the defendants in this action is liable for violations to inmates constitutional rights whom are housed at Winn Corr. Center to be protected from physical assaults and cruel unusual punishment from security officers while in restraints being transferred to or from the cellblocks.

On December 24, 2016 at around 5:15 P.M. after eating last chow, Plaintiff Ernest Billizone Sr., hereinafter referred to as Plaintiff Billizone, and about ten or twelve other inmates witnessed the brutal beating of Orlando Brown, a "HANDCUFFED" inmate inside the command post/countroom gate, in front of command post/countroom.

Earlier while entering chow hall inmates heard a code red broadcast over the radio which is an inmate and officer confrontation. So, Lt. Corley and Sgt. Johnson ran out of the kitchen along with other officers such as Capt. Bobby Toller whom was on the main walk.

Upon coming out of the kitchen we inmates witnessed Capt. Bobby Toller, Sgt. Johnson, Lt. Corley, and Major Coleman taking turns punching this inmate while the other officer held him up. When the inmate fell he was brutally stomped and kicked.

All this was done while the inmate was restrained with his hands handcuffed behind his back, and not resisting aside from trying to shield the vicious blows coming from officers.

BILLIZONE AND ALL THE OTHER NAMED PLAINTIFFS, VIOLATION OF 8TH AMENDMENT TO CRUEL AND UNUSUAL PUNISHMENT.

PLAINTIFFS CONTEND THAT KEVIN JORDAN, ALTHOUGH NOT INVOLVED IN THESE BEATINGS HAD KNOWLEDGE AND FAILED TO INTERVENE, ALSO HE IS LIABLE AS SUPERVISORY RESPONSIBILITY WHEN HE WAS ADVISED BY A.R.P. ABOUT CAPT. HOWARD.

MAJOR KEVIN JORDAN, THEN CALLED PLAINTIFF BILLIZONE TO COUNTROOM WHERE HE THREATENED PLAINTIFF BILLIZONE FROM ASSISTING OTHER INMATES IN WRITING A.R.P.'s, STATING THAT "THE PR WOMAN UP FRONT SAID THEY HAVE SEVERAL A.R.P.'s FOR OTHER INMATES WRITTEN BY YOU," "IF YOU WRITE ANY MORE I WILL LOCK YOUR ASS UP." THIS AMOUNTS TO CRUEL AND UNUSUAL PUNISHMENT AND A VIOLATION OF MY 1ST AMENDMENT RIGHT TO REDRESS AND FREEDOM OF SPEECH, AS THIS WAS ONLY DONE IN RETALIATION.

### C.
### RESPONDEAT SUPERIOR

PLAINTIFFS CLAIM THAT HEAD WARDEN KEITH DEVILLE, JAMES M. LEBLANC, LASALLE CORRECTIONS CORPORATION, AND WINN CORRECTIONAL CENTER, BEARS ALL RESPONSIBILITY FOR ITS EMPLOYEES AND SECURITY PERSONNEL MENTIONED WITHIN THIS INSTANT CAUSE OF ACTION FOR THEIR FAILURE TO PROPERLY TRAIN AND SUPERVISE THEIR EMPLOYEES, WARDENS, AND SECURITY PERSONNEL.

PLAINTIFF BILLIZONE, WROTE SEVERAL LETTERS DIRECTLY TO WARDEN KEITH DEVILLE, AND LASALLE CORPORATE OFFICE ADVISING THEM OF ALL VIOLATIONS COMPLAINED OF HEREIN, EVEN WRITING AN A.R.P. ON THE BEATING OF ORLANDO BROWN AND THE DEATHS, AND THE A.R.P. WAS REJECTED WITHOUT PROVIDING A A.R.P. REFERENCE NUMBER AFTER REQUESTING ONE.

PLAINTIFF CONTENDS THAT ONCE A SUPERVISOR HAS BEEN ADVISED BY FORMAL AND INFORMAL MEANS ABOUT CONDUCT OR ILLEGAL ACTS OF THEIR SUBORDINATES OR EMPLOYEES AND NO ACTION IS TAKEN TO CORRECT OR PREVENT THESE ACTS OR CONDUCT FROM CONTINUING, THAT SUPERVISOR IS THEN LIABLE FOR THE ACTIONS OR CONDUCT OF THOSE SUBORDINATES AND EMPLOYEES.

### D.
### SUBSTANDARD LIVING CONDITIONS
### LACK OF MEDICAL ATTENTION

HERE AT WINN CORRECTIONAL CENTER THERE IS ABSOLUTELY NO DOCTOR

PAGE 6.

IT IS RUMORED THAT THREE INMATES HAVE BEEN KILLED AT THIS FACILITY AT THE HANDS OF LASALLE CORRECTIONAL OFFICERS SUCH AS CAPT. CURRY WHOM IS SAID TO BE RESPONSIBLE FOR THE INMATE WHOM WAS KILLED IN THE CELLBLOCK ALONG WITH SGT. JOHNSON WHOM WAS ALSO INVOLVED IN THIS INCIDENT ON AUGUST 10, 2016 BETWEEN 2:30 AND 3:30 P.M.

ON THE DATE OF THIS INMATE'S DEATH CAPT. HAYES SON TOOK OFF HIS LASALLE UNIFORM SHIRT AND THREW IT ON THE GROUND STATING "THAT HE QUIT AND DIDN'T SIGN UP TO KILL INMATES," AND HE LEFT THE CELLBLOCKS.

CAPTAIN HOWARD WAS RECENTLY RELEASED FROM LASALLE'S EMPLOY AT THIS FACILITY, BUT NOT BEFORE HE BROKE THREE DIFFERENT INMATES JAWS AND ONE OF THE SAME'S NECK.

LASALLE CORRECTIONS CORPORATION HERE AT WINN CORRECTIONAL CENTER LITERALLY CONDONES THE BRUTAL BEATING AND KILLING OF INMATES AND IS IN VIOLATION OF INMATES HOUSED WITHIN THIS FACILITY 8TH AMENDMENT RIGHT TO BE FREE FROM TORTURE, CRUEL AND UNUSUAL PUNISHMENT, MENTAL ANGUISH, PAIN AND UNNECESSARY SUFFERING AT THE HANDS OF SECURITY OFFICERS WHOM ARE BEING DELIBERATELY INDIFFERENT TO THE INMATES NEEDS AND PENOLOGICAL CONCERNS.

ALL ABOVE NAMED OFFICERS MENTIONED HEREIN ACTED UNPROFESSIONALLY AND THEIR ACTIONS AND CONDUCT AMOUNTED TO RECKLESS BEHAVIOR, CALLOUS NEGLECT, SEVERE THOUGHTLESS DISREGARD AND EXTREMELY BAD FAILURE TO PROTECT, AS WELL AS A MALICIOUS WANTONNESS TO INFLICT BODILY HARM TO A DEFENSELESS INDIVIDUALS IN RESTRAINTS, ALL PROHIBITED CONDUCT.

THESE NAMED OFFICERS MAJOR GARY COLEMAN, CAPT. BOBBY TOLLER, LT. CORLEY, AND SGT. JOHNSON CONTRARY TO THE RULES AND POLICY OF THE DEPT. OF CORRECTIONS AND THEIR OWN EMPLOYEE RULEBOOK GO INTO INMATE POPULATION AND DORMS DISRESPECTING INMATES AND VERBALLY ABUSING THEM CALLING INMATES OUTSIDE OF THEIR NAMES CUSSING THEM AND TRYING TO INVOKE ANY TYPE OF RESPONSE SO THEY CAN WRITE YOU UP, LOCK YOU UP, OR BEAT YOU UP.

WHEN THEIR SHIFT COMES ON IT FEELS LIKE A REAL "KLU KLUX KLAN" MOVIE COME TO LIFE, WHERE THEY SEEMED TO HAVE TRADED ONE HOUSE NIGGER (CAPT. HOWARD), FOR A NEW HOUSE NIGGER (SGT. JOHNSON).

THIS CAUSES SEVERE ANXIETY FOR ANY INMATE WITHIN THEIR VICINITY AND THIS UNEASINESS IS CAUSING SEVERE MENTAL HEALTH ISSUES FOR PLAINTIFF +

SEE; PINK ATTACHED EXHIBIT

PAGE 7.

THAT IS HERE ON A REGULAR BASIS, THE DOCTOR AT WINN IS SUPPOSEDLY ON CALL AND IT IS RUMORED THAT HE IS ACTUALLY AN ANIMAL DOCTOR LIKE A VETERNARIAN.

A FULL TIME DOCTOR INMATES DO NOT HAVE ACCESS TO ONE HERE AT WINN WHERE STABBINGS OCCUR AND INMATES BEATEN BY SECURITY OFFICERS ARE COMMON AND INMATES NEED IMMEDIATE ATTENTION BUT CAN'T GET IT.

PLAINTIFF CONTENDS THAT EVEN SOME EXPERTS IN PRISON HEALTH CARE WERE SKEPTICAL AT THIS SCHEME, SUCH AS JOSIAH RICH OF THE CENTER FOR PRISONER HEALTH AND HUMAN RIGHTS AT BROWN UNIVERSITY, WHOM SAID, "THE STATE OF RHODE ISLAND HAS A HALF-DOZEN (6) PHYSICIANS AND OTHER CONTRACT DOCTORS TO CARE FOR ABOUT 3000 PRISONERS ALMOST AS MANY AS WINN AND ALLEN COMBINED." AND WINN DOESN'T EVEN HAVE ONE FULL TIME DOCTOR FOR OVER 1000 PLUS INMATES AND AMOUNTS TO CRUEL AND UNUSUAL PUNISHMENT AS INMATE AILMENTS ARE ALLOWED TO LINGER AND FESTER, CONTRARY TO THE 8TH AMENDMENT.

THERE IS NO MENTAL HEALTH DOCTOR TO TREAT MY ANXIETY AND DEPRESSION ATTACKS THAT STEM FROM THE AFOREMENTIONED SECURITY OFFICERS ACTS AND ACTIONS, NOR FOR ANY WHOM ARE SIMILARLY SITUATED, ALL IN VIOLATION OF U.S. CONSTITUTION'S 8TH AMENDMENT.

SECURITY OFFICERS PASS OUT MEDICATION TO INMATES WITHOUT BEING CERTIFIED OR TRAINED TO PASS OUT MEDS AND THERE ARE NUMEROUS CASES WHERE THEY HAVE PASSED OUT THE WRONG MEDS TO INMATES. THIS IS IN VIOLATION OF 8TH AMENDMENT. CRUEL AND UNUSUAL PUNISHMENT, AS WINN CORRECTIONAL AND LASALLE CORRECTIONAL CORPORATION FAILED TO PROPERLY TRAIN OR SUPERVISE THESE INDIVIDUALS. SEE: ATTACHED EXHIBIT "A"

PATRICK CRABTREE A CORRECTIONAL OFFICER OF WINN CORRECTIONAL CENTER ASSAULTED INMATE JOSHUA TYLER ALONG WITH OTHER NAMED OFFICERS, AS OFFICER CRABTREE BEAT INMATE TYLER AND USED HIS SHIRT TO CHOKE HIM OUT WHILE HIS HANDS WERE HANDCUFFED BEHIND HIS BACK RESTRAINED ON HIS WAY DOWN THE WALK. THIS IS CRUEL AND UNUSUAL PUNISHMENT, UNPROFESSIONAL CONDUCT AND MALFEASANCE IN VIOLATION TO THE 8TH AMENDMENT U.S. CONSTITUTION. SEE: EXHIBITS "B" AND "C"

PLAINTIFFS ALSO CONTENDS THAT INVESTIGATOR DETECTIVE WILEY HAS ON OCCASION FALSYFIED RECORDS, REPORTS AND DELETED VIDEO FEEDS AND FOOTAGE FROM SCENE OF MURDER AND INMATE BEATINGS SUSTAINED FROM LASALLE CORRECTIONAL

PAGE 8.

OFFICERS IN VIOLATION TO FEDERAL AND STATE LAWS OF OBSTRUCTION OF JUSTICE, FALSE SWEARING, PERJURY, INJURING PUBLIC RECORDS, MALFEASANCE OF OFFICE ALL CONTRIBUTING TO CRUEL AND USUAL PUNISHMENT CONTRARY TO THE 8TH AMENDMENT, PLUS IT IS IN VIOLATION TO EQUAL PROTECTION AND DUE PROCESS OF U.S. CONSTITUTION.

FOR THIS OFFICER TO COVER-UP FOR ILLEGAL ACTS AND INCIDENTS BY ERASING PERTINENT VIDEO, MAKES HIM A DIRECT PRINCIPLE TO THE CRIMES ALLEGED HEREIN.

LT. CORLEY, ON OCCASION TRIED TO INVOKE RACIAL TENSION AMONG INMATES AND STAFF AS HE STATED, "TRUMP IS IN CHARGE NOW, FUCK ALLAH!" WINN CORRECTIONAL CENTER HAS A LARGE MUSLIM COMMUNITY WHICH IS A MAJORITY OF BLACK INMATES THIS IS A DANGER NOT ONLY TO INMATE POPULATION BUT THE CORRECTIONAL OFFICERS SAFETY, WHICH THE CATALYST WOULD BE LT. CORLEY'S INTENTIONAL POOR CHOICE OF WORDS.

### E.
### VIOLATIONS OF 1ST AMENDMENT'S CENSORSHIP AND FREEDOM OF SPEECH AND REDRESS

PLAINTIFFS CONTENDS THAT INMATE'S PRIVILEGED AND CONFIDENTIAL LEGAL PLEADINGS ARE SCREENED AND READ BY PRISON PERSONNEL BEFORE IT IS COPIED. ALSO, THAT WHEN REQUESTING LEGAL COPIES, THOSE COPIES SHOULD BE COPIED IN FRONT OF THE INMATE AS IT IS IN DEPT. OF CORRECTIONS FACILITIES TO INSURE THAT, IN RARE CASES AN INMATE IS FILING A 1983 CIVIL RIGHTS CLAIM AS WITH THIS INSTANT ACTION FOR EXAMPLE. PRISON PERSONNEL CAN MAKE AN EXTRA COPY OF YOUR PLEADING FOR WARDENS AND OTHER INSTITUTIONAL PERSONNEL TO READ BEFORE IT IS FILED, THEN ISSUE ORDERS TO MAILROOM TO STOP, DESTROY, OR DELAY OUTGOING MAIL. THIS IS A STRICT VIOLATION TO FEDERAL LAW AS THE 1ST AMENDMENT GUARANTEES ME THE FUNDAMENTAL RIGHT TO REDRESS THROUGH LEGAL FILINGS, FREEDOM OF SPEECH, AND TO BE FREE FROM ILLEGAL AND UNNECESSARY CENSORSHIP OF PRISONERS PRIVILEGED, CONFIDENTIAL LEGAL MAIL AND PLEADINGS.

PLAINTIFF BILLIZONE, PLACED A REQUEST FOR COPIES OF HIS LEGAL PLEADINGS TO COURT, TO SUPREME COURT AND THIS INSTANT MOTION 1983 LAWSUIT. PLAINTIFF WAS PLACED ON CALL-OUT AND MS. FERGUSON REVIEWED MY PLEADINGS AND TOOK THEM AND ASKED ME TO STAND IN THE ROOM DOWN THE HALL WHILE SHE PHONE

PAGE 9.

THE WARDEN ABOUT MY 83 PAGES TO BE COPIED. AT FIRST SHE WAS NOT GOING TO COPY THEM UNTIL I TOLD HER TO INFORM THE WARDEN THAT JUST BECAUSE I AM INDIGENT. TO REFUSE ME LEGAL COPIES OF COURT PLEADINGS TO BE FILED, IS DENYING ME DUE PROCESS AND ACCESS TO COURTS. SHE THEN COPIED THEM AFTER A BRIEF CALL, BUT THEY STILL WAS OUT OF MY SIGHT FOR OVER FIVE MINUTES, IN VIOLATION TO THE CENSORSHIP LAWS OF THE U.S.

PLAINTIFFS ALSO CONTENDS THAT ANY MAIL GOING TO NEWSPAPER OR NEWS CHANNEL STUDIOS ETC. ARE AUTOMATICALLY TAKEN OUT OF THE MAIL AND DESTROYED. NO SUCH LETTERS ARE ALLOWED TO LEAVE THIS OR ANY OTHER STATE PRISON FACILITY, UNLESS YOU CAN SNEEK ONE OUT BY ASKING A COOL GUARD TO MAIL IT FOR YOU WHEN THEY GET OFF THEY SHIFT TO GO HOME. THIS IS A CLASSIC VIOLATION OF 1ST AMENDMENT CENSORSHIP AND FREEDOM OF SPEECH, AS WELL AS A RIGHT TO REDRESS. BECAUSE NINE TIMES OUT OF TEN YOU ARE COMPLAINING ABOUT SEVERE INJUSTICE AT THE PRISON YOU ARE TRYING TO GET HELP WITH.

PLAINTIFFS CONTENDS THAT, "ALL PRISONS WITHIN THE STATE OF LOUISIANA SHOULD HAVE ABSOLUTELY NO CONTACT OR CONTROL OF INMATES OUTGOING MAIL, LEGAL OR REGULAR OUTGOING MAIL."

"THERE IS ABSOLUTELY NO SERIOUS, LEGITIMATE PENALOGICAL CONCERN OR EXCUSE THAT CAN BE USED TO WARRANT SUCH AN INVASION OF PRIVACY OR CLEARLY ESTABLISHED CONSTITUTIONAL PROHIBITIONS."

THERE IS NOTHING THAT AN INMATE CAN LEGALLY POSSESS INSIDE THESE FACILITIES THAT WOULD THREATEN THEM "BESIDES US REVEALING THE TRUTH TO TO THE OUTSIDE WORLD."

PLAINTIFFS ASK THIS HONORABLE COURT TO REMOVE ONLY OUTGOING MAIL RESPONSIBILITY AND ALLOW A FEDERAL POSTAL CLERK CARRIER RETRIEVE ALL OUTGOING MAIL WITHOUT INTERFERENCE FROM PRISON OFFICIALS. THIS WOULD REMEDY THIS COMPLAINT WHICH PLAINTIFFS CLAIM IN RESPECT TO THE MAIL CENSORSHIP IS ONE SUCH RELIEF THAT CAN BE GRANTED BY THIS COURT, AS PLAINTIFFS ARE ENTITLED TO BE FREE FROM UNWARRANTED, UNNECESSARY, ILLEGAL CENSORSHIP. THEREFORE ENTITLED TO REQUESTED RELIEF.

PAGE 10.

## F.
## VIOLATIONS OF ~~THEFT~~ THEFT AND THEFT BY FRAUD

PLAINTIFFS CONTENDS THAT WINN CORRECTIONAL CENTER, LASALLE CORRECTIONS CORPORATION, AND WARDEN KEITH DEVILLE ARE GIVEN SUPERVISORY LIABILITY WHICH MAKES THEM RESPONSIBLE AND DIRECT PRINCIPALS TO THE CRIMES OF THEFT AND THEFT BY FRAUD OF INMATE'S POWER CORDS FROM THEIR PURCHASES OF JP4 AND JP5 PLAYERS, AT A COST OF **FIFTY-NINE ($59.00) DOLLARS.**

INMATES HAVE PAID FOR THE PLAYERS AND THE DOWNLOAD/POWER CORDS WHICH COME TOGETHER AS A PACKAGE DEAL ALONG WITH A SET OF WHITE EAR BUGS TO ENJOY MUSIC ON THE PLAYER.

WHEN INMATES ARE CALLED FOR PACKAGE PICKUP OF THEIR JP4 OR JP5 PLAYERS, THEY ARE ONLY GIVEN THE PLAYER AND THE EARBUGS, <u>NOT THE DOWNLOAD/POWERCORD</u> WHICH PLUGS INTO THE PLAYER AT ONE END, AND THE OTHER PLUGS INTO THE KIOSK MACHINE <u>**WHICH IS THE ONLY WAY INMATES CAN DOWNLOAD MUSIC ON THE PLAYER, PICTURES FROM LOVED ONES ETC.**</u> WITHOUT THAT CORD WHICH INMATES HAVE ALREADY PURCHASED WHEN THEY PAID FOR THE PLAYER, THE PLAYER IS ONLY A BATTERY EATING **ELABORATE** RADIO, WHICH IS NOT NECESSARY WHEN YOU CAN BUY A CAMP J POCKET ROCKET RADIO FOR UNDER $20.00.

THE FACILITY KEEPS THESE CORDS AND INMATES HAVE TO KISS CORRECTIONAL OFFICERS ASS TO LET YOU USE A CORD TO DOWNLOAD MUSIC THAT INMATES HAVE PAID FOR. THEN DEPENDING ON HOW THEY FEEL IT MAY BE 3 OR 4 HOURS BEFORE YOU ARE ALLOWED TO USE IT. THIS IS THEFT TO MISAPPROPRIATE OR TAKE ANYTHING OF VALUE WHICH BELONGS TO ANOTHER WITHOUT THEIR CONSENT, OR BY MEANS OF FRAUDULENT CONDUCT OR PRACTICE. IN THIS RESPECT THIS FACILITY IS IN ILLEGAL POSSESSION OF STOLEN THINGS, NAMELY, THE STOLEN DOWNLOAD/POWERCORD.

THIS FACILITY USES THE EXCUSE THAT THE CORD WILL BE USED FOR OTHER DEVICES, SUCH AS PHONES, YET THAT IS A SECURITY PROBLEM WHICH HAS ABSOLUTELY NOTHING TO DO WITH THE MISAPPROPRIATED AN STOLEN DOWNLOAD/POWERCORD PAID FOR BY INMATES.

LASTLY, "THIS PLACE IS UNSAFE AND THREATENS THE WELL-BEING OF INMATES HOUSED HERE, AND IS MORE DANGEROUS AND LIFE THREATENING THAN THE STREETS OUTSIDE!"

## REQUEST FOR DAMAGES FOR

1. THE ACTS OF DEFENDANTS, JOINTLY AND SEVERALLY, CONSTITUTED VIOLATIONS OF TORT FOR MURDER, ASSAULT, RECKLESS ENDANGERMENT, CRUEL AND UNUSUAL PUNISHMENT, VERBAL ABUSE, MENTAL ANGUISH, PAIN AND SUFFERING, EXCESSIVE FORCE, THEFT AND THEFT BY FRAUD, SUBSTANDARD MEDICAL AND LIVING CONDITIONS, OBSTRUCTION OF JUSTICE, INJURING AND FILING FALSE PUBLIC RECORDS, FAILURE TO PROTECT, LACK OF SECURITY, INTENTIONAL INFLICTION OF PAIN AND SUFFERING AND EMOTIONAL DISTRESS ETC.

2. THE ACTIONS OF DEFENDANTS, JOINTLY AND SEVERALLY, CONSTITUTED VIOLATIONS OF CIVIL RIGHTS GUARANTEED UNDER 1ST, 5TH, 6TH, 8TH, AND 14TH AMENDMENTS OF THE U.S. CONSTITUTION AS WELL AS PERTINENT SECTIONS OF LOUISIANA CONSTITUTION OF 1974 AND THE CRIMINAL CODE OF PROCEDURE.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFFS REQUESTS THE FOLLOWING RELIEF:

1. AN AWARD OF COMPENSATORY DAMAGES TO EACH PLAINTIFF AND AGAINST THE DEFENDANTS, JOINTLY AND SEVERALLY, IN AN AMOUNT TO BE DETERMINED BY THE COURT.

2. AN AWARD OF PUNITIVE DAMAGES IN THE AMOUNT OF TEN-THOUSAND ($10,000) DOLLARS TO EACH PLAINTIFF AND AGAINST DEFENDANTS.

3. AN ORDER FOR INJUNCTIVE RELIEF AGAINST DEFENDANTS AND THIER EMPLOYEES FROM ANY FORM OF RETALIATION AGAINST ERNEST BILLIZONE SR., ET AL, FOR EXERCISING HIS 1ST AMENDMENT RIGHT TO REDRESS AND FREEDOM OF SPEECH.

4. REQUEST FOR COURT TO DECLARE THAT PLAINTIFFS RIGHTS WERE VIOLATED.

5. AN AWARD OF PRO SE OR REGULAR ATTORNEY'S FEES OF REASONABLE COSTS PURSUANT TO 42 U.S.C. § 1983 OR ANY OTHER APPLICABLE LAWS.

6. REQUEST COURT TO ORDER EACH DEFENDANT TERMINATED FROM WORKING AT ANY PRISON FACILITY OR LAW ENFORCEMENT AGENCY.

7. JURY TRIAL OF ALL ISSUES PROPERLY TRIABLE BY JURY.

RESPECTFULLY SUBMITTED BY,

ERNEST BILLIZONE SR., ET AL
ASH A-2 #44
P.O. BOX 1435
WINNFIELD, LA. 71483

AND ALL OTHER NAMED PLAINTIFFS ON THIS INSTANT CAUSE OF ACTION.

PAGE 13.