# WINN CORRECTIONAL CENTER

**TO:**       Joshua Tyler
              DOC# 531046
              Ash B1      - 7

**FROM:**     ARP SCREENING OFFICE

**DATE:**     1/05/2017

**REASON:**   ARP ACCEPTANCE NOTIFICATION


Your ARP request has been received and accepted on _____ 1-5-17 ____
                                                        Date

Case's #WNC-BJG-2016-171 (administered the wrong medications) will be investigated and a response provided by the Warden within the next 40 days.



EXHIBIT
A

Step 1 ARP

Name | Joshua Tyler DOC# 531046
Date | 7-29-16
Time | 10:02 Am
Location | Elm walk
Instatution | WCC

Due to a previous disciplinary report
On the above date and time a code Red was called by Sgt. Crabtree. Wich was very worngfully called due to the fact that I was Offender Joshua Tyler DOC# 531046 was being handle in an very unprofesional manner by Sgt. Crabtree from him taking his hand and puting it inbetween my handcuffs and grabing my left arm pulling it as he escort me down Elm walk I then explain to him that I have had surgery on my right hand and wrist and from him pulling my left arm is hurting me. Sgt. Crabtree then begin to get very loud and boisterous, stating that he doesn't have time for this shit and begin to pull on my left arm even harder causing me more pain to my right hand and wrist. from the pain being so being so intence I then fell on the ground Sgt. Crabtree then begin to use more unnessercary force by pushing me



strattling me

to the ground even harder while I was on my back attempting to hit me with his right hand I then ask what is all this unnessecary force for can't you see I have on handcuffs. This officers actions was very out of control an very unprofessionally handled by abusing his calls for codes and comands by calling a Code red that should have not been called Due to the fact I offender Joshua Tyler 532646 was in handRestraints an in no position to really harm him also by Sgt. Crabtree pushing me to the ground strattling me while I was on my back wich caused cuts and brosies on my wrist and elbow attempting to hit me wich is also a violation of my 8th amendment right of cruel or un usaull punishment from unescam use of force

## Relief Desire

That Sgt. Crabtree be terminated from being a correctional officer here at winn/Corr/Lascel facility Due to fear of retaliation also that I be awarded a compensentation of 15,000 dollars for pain an suffering due to the use of unnessecary force by this officer that caused unesserary an unwanted cuts and bruses on my wrist and elbow also causing a violation of my 8th amendment right of Cruel and Unusavall punishment By this officer using unesserary force also abusing his allorut codes and camads

9-18-16

EXHIBIT "C"

Form HC-01-A
14 September 2009                 Health Care Request Form          Institution: WCC

Joshua Tyler          531046    26    Ash 13
Name                          DOC #    Age    Housing          Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**
This is my 7th form I have filled out since 7-29-16 I have been
having pain in my neck also I have been having these head aches
where I am having trouble thinking also I have Lost vision in my left
eye

Healthcare Personnel Screening: Date: _____ Time: _____ Location Seen: _____
(Circle One): Emergency / Routine Sick Call / Work Related Allergies: _____
B/P _____ Pulse _____ Resp _____ Temp _____ Other _____
Assessment/Comment: *was on eye doctor call out 9/17/16 and did not show. (AC)*

Blurred vision Lt eye - having HA for two
eye

Disposition:
Both eyes 20/200
Rt eye 20/100
L eye 20/200

New Medications Ordered:

_____ Total #: _____
Screener's Signature:

Health Care Practitioner Notes:

HCP's Signature: _____ Date: _____

☐ No Fees      ☐ $3 Access Fee   ☐ $6.00 Access Fee   ☐ $2 for Each Prescription Fee: $_____   Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care
services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions
noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds
that an emergency does not exist, I may be given a disciplinary report for malingering.

Offender Signature          531046     9-22-16          Witness Signature
                            DOC #       Date

Original - Offender's Medical Record     Yellow – Business Office     Pink – Offender's Copy

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**        Institution: _WINN CORRECTIONAL CENTER_

ERNEST BILUZONE SR.     318027    52     ASH A-2 44    _____
Name                        DOC #      Age      Housing              Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I NEED TO SEE THE PSYCHIATRIST BECAUSE EVERY SINCE I WITNESSED THE BEATING OF ORLANDO BROWN BY THE SECURITY OFFICERS ON CHRISTMAS EVE I HAVE BEEN SUFFERING FROM ANXIETY ATTACKS, DEPRESSION, ANGER BOUTS, EVERYTIME THEIR SHIFT COMES ON.

**Healthcare Personnel Screening:** Date: 1-19-17   Time: 1105   Location Seen: ___
(Circle One):   Emergency / Routine Sick Call / Work Related  Allergies: NKDA
B/P 149/___   Pulse 68   Resp 18   Temp 980   Other w/ 23 ___
**Assessment/Comment:** _____
_____
_____
_____
_____
_____
_____

**Disposition:** Ref to MSA/MP

|  |  |
|---|---|
| **New Medications Ordered:** | **Health Care Practitioner Notes:** |
| _____ | |
| _____ | |
| _____ | |
| _____ Total #: ____ | |
| **Screener's Signature:** | **HCP's Signature:**          Date: |

☐ No Fees   ☐ $3 Access Fee   ☐ $6.00 Access Fee   ☐ $2 for Each Prescription Fee: $_____   Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

_____     318027    JAN. 15, 2017    _____
Offender Signature              DOC #         Date             Witness Signature

Original - Offender's Medical Record     Yellow – Business Office     Pink – Offender's Copy