ERNEST BILLIZONE JR. # 318277
ASH A-2 # 44
P.O. BOX 1435
WINNFIELD, LA. 71483



RECEIVED
JAN 23 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
BY _____ SHREVEPORT, LA



CONFIDENTIAL LEGAL MAIL!

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
300 FANNIN ST.
SUITE 1167
SHREVEPORT, LA. 71101-3083

X-RAY